**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TAMMY TOLDSON,

    Plaintiff,

v.                                          Case No. 13-12940

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                      /

**Judgment**

      In accordance with the court's "Opinion and Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment," dated September 23, 2015,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Tammy Toldson.

Dated at Detroit, Michigan, this 23rd day of September 2015.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: September 23, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 23, 2015, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522